**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **LogoHQ, LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **26-3896534** |
| **4.** | **Debtor's address** | **Principal place of business**<br>**1551 102nd Ave N Suite C**<br>**Saint Petersburg, FL 33716**<br>Number, Street, City, State & ZIP Code<br>**Pinellas**<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **www.mylogohq.com** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **LogoHQ, LLC** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**3231**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

Debtor **LogoHQ, LLC** Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ______
Contact name ______
Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **LogoHQ, LLC** Case number (*if known*)
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **LogoHQ, LLC**
Name

Case number (*if known*)

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 23, 2026**
MM / DD / YYYY

***X*** **/s/ Philip R. Ruzicka**
Signature of authorized representative of debtor

**Philip R. Ruzicka**
Printed name

Title **President**

**18. Signature of attorney**

***X*** **/s/ Buddy D. Ford, Esquire**
Signature of attorney for debtor

Date **November 23, 2026**
MM / DD / YYYY

**Buddy D. Ford, Esquire 0654711**
Printed name

**Ford & Semach, P.A.**
Firm name

**9301 West Hillsborough Avenue**
**Tampa, FL 33615-3008**
Number, Street, City, State & ZIP Code

Contact phone **(813)877-4669** Email address **All@tampaesq.com**

**0654711 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **LogoHQ, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) __________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 23, 2026**

X **/s/ Philip R. Ruzicka**
Signature of individual signing on behalf of debtor

**Philip R. Ruzicka**
Printed name

**President**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **LogoHQ, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Sarah Ruzicka<br>100 Beach Dr NE, Suite 1403<br>Saint Petersburg, FL 33701** | | **Insider Loan** | | | | **$1,756,904.02** |
| **NR Tampa Gateway Lakes<br>730 Third Avenue<br>New York, NY 10017** | | **Unpaid Rent** | | | | **$123,576.69** |
| **CTTI - Cardone Training Technologies, Inc<br>18851 NE 29th Ave, Ste 700<br>Miami, FL 33180** | | **Training** | | | | **$115,000.00** |
| **Sanmar Corp<br>10940 New Kings Road<br>Jacksonville, FL 32219** | | **Trade Payable** | | | | **$87,066.98** |
| **FundBox<br>3723 Greenville Ave Suite 52345<br>Dallas, TX 75206** | | **Loan** | | | | **$72,963.32** |
| **S & S Activewear<br>23591 Network Place<br>Chicago, IL 60673-1235** | | **Trade Payable** | | | | **$28,595.57** |
| **Nazdar<br>PO Box 71097<br>Chicago, IL 60694-1097** | | **Trade Payable** | | | | **$12,192.23** |
| **Bank Of America<br>PO Box 17054<br>Wilmington, DE 19850** | | **Business Credit Card** | | | | **$11,796.00** |

Debtor **LogoHQ, LLC** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Screen Process of Alabama<br>PO Box 220<br>Trussville, AL 35173** | | **Trade Payable** | | | | **$8,908.84** |
| **Pro Towels Etc<br>PO Box 725<br>Indiana, PA 15701** | | **Trade Payable** | | | | **$8,475.73** |
| **Hit Promotional Products<br>PO Box 744209<br>Atlanta, GA 30384-4209** | | **Trade Payable** | | | | **$7,187.69** |
| **Rivers Promo, Inc<br>240 S 6th Ave<br>La Puente, CA 91746** | | **Trade Payable** | | | | **$6,695.04** |
| **Image Tech Equipment Supply<br>6607 North 24th Street<br>Unit 104-A<br>Tampa, FL 33610** | | **Trade Payable** | | | | **$4,705.00** |
| **Glenn Harveston<br>HOS Produc<br>10 Lemmon Lane<br>Ellijay, GA 30540** | | **Customer Store Overage** | | | | **$3,890.58** |
| **Liberty Mutual Insurance<br>PO Box 2125<br>New York, NY 10116-2125** | | **Insurance** | | | | **$3,523.57** |
| **Assoc. Paper & Supply<br>of Florida<br>13926 Lynmar Blvd<br>Tampa, FL 33626** | | **Trade Payable** | | | | **$3,423.16** |
| **Cutter & Buck Inc<br>PO Box 34855<br>Seattle, WA 98124-1855** | | **Trade Payable** | | | | **$2,362.19** |
| **Ironwear<br>2020 Seabird Way<br>West Palm Beach, FL 33404** | | **Trade Payable** | | | | **$2,275.00** |
| **Gary King - King Productions<br>821 49th Street South<br>Saint Petersburg, FL 33707** | | **Customer Store Overage** | | | | **$2,268.85** |

Debtor **LogoHQ, LLC**
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Saati 201 Fairview St. Extention Fountain Inn, SC 29644** | | **Trade Payable** | | | | **$1,949.34** |

**Fill in this information to identify the case:**

Debtor name **LogoHQ, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ | **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ | **232,373.25** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ | **232,373.25** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ | **0.00** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ | **928.49** |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | **+$** | **2,280,006.28** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | **2,280,934.77** |

**Fill in this information to identify the case:**

Debtor name **LogoHQ, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) ______

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|
| 2. **Cash on hand** | **$250.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Truist Bank** | **Checking** | **3013** | **$43,752.55** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$44,002.55**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **TECO Energy, Inc.- Electricity Deposit** | **$270.00** |
| 7.2. | **NR Tampa Gateway Lakes LLC: contractual lease security deposit** | **$16,414.00** |

Debtor **LogoHQ, LLC** Case number *(If known)*
Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.** **$16,684.00**
Add lines 7 through 8. Copy the total to line 81.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **66,451.16** | - | **0.00** | = .... | **$66,451.16** |
| 11a. 90 days old or less: | **804.54** | - | **0.00** | = .... | **$804.54** |

12. **Total of Part 3.** **$67,255.70**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| | **Ink & Thread** | **December 31, 2025** | **$0.00** | **FIFO** | **$48,931.00** |
| 20. | **Work in progress** | | | | |
| | **Work in progress** | | **$0.00** | | **$7,500.00** |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** | | | | |
| | **Samples** | | **$0.00** | | **$10,000.00** |

Debtor **LogoHQ, LLC** Case number *(If known)*
Name

23. **Total of Part 5.** **$66,431.00**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
- ■ No
- ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ■ No
- ☐ Yes. Book value ______ Valuation method ______ Current Value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
- ☐ No. Go to Part 8.
- ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Office furniture and fixtures - see Fixed Asset - Depreciation attached** | **$0.00** | **Tax records** | **$34,000.00** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** **$34,000.00**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ■ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
- ☐ No. Go to Part 9.

Debtor **LogoHQ, LLC** Case number *(If known)*
Name

■ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1. **1995 Isuzu NPR Truck 150,000 miles - VIN: JALB4B1K2S701549** | **$0.00** | | **$4,000.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.** **$4,000.00**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1. **Warehouse Lease** | **Office Location** | **Unknown** | | **Unknown** |

56. **Total of Part 9.** **$0.00**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

Debtor **LogoHQ, LLC** Case number *(If known)*
Name

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| | **www.mylogohq.com** | **$0.00** | | **Unknown** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| | **Shopworks** | **$0.00** | | **Unknown** |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |
| 66. | **Total of Part 10.** Add lines 60 through 65. Copy the total to line 89. | | | **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | |

Debtor **LogoHQ, LLC** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| **Shareholder loan to Philip Ruzicka Ex. 16b account 1540: $292,385.85 book asset** | **0.00** | - | **0.00** | = | **Unknown** |
| | Total face amount | | doubtful or uncollectible amount | | |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.** **$0.00**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor **LogoHQ, LLC** Case number *(If known)*
Name

**Part 12: Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$44,002.55** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$16,684.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$67,255.70** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$66,431.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$34,000.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$4,000.00** | |
| 88. | **Real property.** *Copy line 56, Part 9*.......> | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$232,373.25** | + 91b. **$0.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$232,373.25** |

# 12/31/25 2025 Federal Summary Depreciation Schedule Page 1

**Client 82500** **LOGO HQ, LLC** **26-3896534**

11/06/26 03:45PM

| No. | Description | Date Acquired | Date Sold | Cost/ Basis | Bus. Pct. | Cur 179/ SDA | Prior 179/ SDA/ Depr. | Method | Life | Current Depr. |
|---|---|---|---|---|---|---|---|---|---|---|
| | Form 1065 | | | | | | | | | |
| | Amortization | | | | | | | | | |
| 1 | Goodwill | 1/01/09 | | 41,485 | | | 41,485 | S/L | 15 | 0 |
| 2 | Organizational Costs | 1/22/09 | | 4,155 | | | 4,155 | S/L | | 0 |
| 36 | Employee Buyout/Goodwill | 1/01/11 | | 84,000 | | | 78,400 | S/L | 15 | 5,600 |
| | Total Amortization | | | 129,640 | | 0 | 124,040 | | | 5,600 |
| | Auto / Transport Equipment | | | | | | | | | |
| 3 | 1995 Isuzu Truck w 14' Bo | 1/01/09 | | 2,600 | | | 2,600 | 200DB HY | 5 | 0 |
| | Total Auto / Transport Equipment | | | 2,600 | | 0 | 2,600 | | | 0 |
| | Computer, EDP Equip | | | | | | | | | |
| 173 | Screen Stretching Table | 9/19/25 | | 3,210 | | 3,210 | | 200DB HY | 5 | 0 |
| | Total Computer, EDP Equip | | | 3,210 | | 3,210 | 0 | | | 0 |
| | Computer, EDP Equip. | | | | | | | | | |
| 40 | New Telephone System | 7/31/12 | | 1,350 | | | 1,350 | 200DB HY | 5 | 0 |
| 46 | Office Equipment | 7/18/12 | | 2,700 | | | 2,700 | 200DB HY | 5 | 0 |
| 47 | Office Equipment | 7/25/12 | | 1,300 | | | 1,300 | 200DB HY | 5 | 0 |
| 54 | Dell Precision T3600 Comp | 6/03/13 | | 2,582 | | | 2,582 | 200DB HY | 5 | 0 |
| 74 | HP Computer-Steve | 8/11/15 | | 1,367 | | | 1,367 | 200DB HY | 5 | 0 |
| 76 | Computer-Conference Rm | 10/30/15 | 12/31/25 | 1,810 | | | 1,810 | 200DB HY | 5 | 0 |
| 146 | Two (2) Samsung Monitors | 10/06/18 | 12/31/25 | 278 | | | 278 | 200DB MQ | 5 | 0 |
| 148 | Computer Equip | 9/19/19 | | 314 | | | 314 | 200DB MQ | 5 | 0 |
| 149 | Dell Server | 3/23/21 | | 7,995 | | | 7,995 | 200DB HY | 5 | 0 |
| 150 | Desk Top Computer - Jen | 5/01/21 | | 1,356 | | | 1,356 | 200DB HY | 5 | 0 |
| 152 | Dell 3060 computer | 8/05/22 | | 1,138 | | | 1,138 | 200DB HY | 5 | 0 |
| 153 | Dell Computer - EMB | 10/25/22 | | 1,368 | | | 1,368 | 200DB HY | 5 | 0 |
| 155 | Computer RIP Output | 2/03/23 | | 1,297 | | | 674 | 200DB HY | 5 | 249 |
| 157 | Computer Purchasing | 2/22/23 | | 1,752 | | | 911 | 200DB HY | 5 | 336 |
| 158 | Computer Art 1 | 2/22/23 | | 2,673 | | | 1,390 | 200DB HY | 5 | 513 |
| 159 | Meraki 48 Port Switch | 3/06/23 | | 2,810 | | | 1,461 | 200DB HY | 5 | 540 |
| 160 | Meraki 24 Port POE Switch | 3/06/23 | | 2,765 | | | 1,438 | 200DB HY | 5 | 531 |
| 161 | Computer Purchasing | 4/12/23 | | 1,694 | | | 881 | 200DB HY | 5 | 325 |
| 162 | Computer Shelley | 5/26/23 | | 1,412 | | | 734 | 200DB HY | 5 | 271 |

**12/31/25** **2025 Federal Summary Depreciation Schedule** **Page 2**

**Client 82500** **LOGO HQ, LLC** **26-3896534**

11/06/26 03:45PM

| No. | Description | Date Acquired | Date Sold | Cost/ Basis | Bus. Pct. | Cur 179/ SDA | Prior 179/ SDA/ Depr. | Method | Life | Current Depr. |
|---|---|---|---|---|---|---|---|---|---|---|
| 163 | Computer Art 2 | 7/24/23 | | 2,922 | | | 1,519 | 200DB HY | 5 | 561 |
| 165 | Computer Steve | 8/09/23 | | 1,703 | | | 886 | 200DB HY | 5 | 327 |
| 169 | Computer - Joanne | 10/18/23 | | 1,272 | | | 661 | 200DB HY | 5 | 244 |
| | Total Computer, EDP Equip. | | | 43,858 | | 0 | 34,113 | | | 3,897 |
| | **Furniture and Fixtures** | | | | | | | | | |
| 34 | 60" Television | 11/21/11 | | 615 | | | 615 | 200DB MQ | 7 | 0 |
| 35 | 2 tables & 8 chairs-break | 9/29/11 | | 578 | | | 578 | 200DB MQ | 7 | 0 |
| 41 | Loveseat & 2 lobby chairs | 10/17/12 | 12/31/25 | 738 | | | 738 | 200DB HY | 7 | 0 |
| 42 | Lobby Coffee Cabinet | 10/17/12 | | 167 | | | 167 | 200DB HY | 7 | 0 |
| 43 | Lobby Ottoman | 10/24/12 | 12/31/25 | 220 | | | 220 | 200DB HY | 7 | 0 |
| 48 | Furniture & Fixtures | 2/10/12 | | 1,013 | | | 1,013 | 200DB HY | 7 | 0 |
| 59 | Maytag Refrigerator | 7/07/14 | | 2,000 | | | 2,000 | 200DB HY | 7 | 0 |
| 66 | Storage Cabinet 60" wide | 10/28/14 | | 1,759 | | | 1,759 | 200DB HY | 7 | 0 |
| 67 | Enclosed Bulletin Board | 11/06/14 | | 317 | | | 317 | 200DB HY | 7 | 0 |
| 68 | Artificial Christmas Tree | 12/08/14 | | 541 | | | 541 | 200DB HY | 7 | 0 |
| 70 | Bookcases (3) | 2/13/14 | | 237 | | | 237 | 200DB HY | 7 | 0 |
| 71 | Custom cabinet-showroom | 2/17/14 | | 2,500 | | | 2,500 | 200DB HY | 7 | 0 |
| 72 | Count up timer | 11/25/14 | | 339 | | | 339 | 200DB HY | 7 | 0 |
| 77 | 6 Station desk area | 7/17/15 | | 9,319 | | | 9,319 | 200DB HY | 7 | 0 |
| 78 | Counter tops-break/restro | 7/20/15 | | 1,122 | | | 1,122 | 200DB HY | 7 | 0 |
| 79 | Mirrors-restrooms | 7/31/15 | | 1,063 | | | 1,063 | 200DB HY | 7 | 0 |
| 80 | 3 L-shaped desks | 8/05/15 | | 3,913 | | | 3,913 | 200DB HY | 7 | 0 |
| 81 | 2 standup desks | 8/05/15 | | 704 | | | 704 | 200DB HY | 7 | 0 |
| 82 | 3 L-shaped desks | 8/05/15 | | 105 | | | 105 | 200DB HY | 7 | 0 |
| 83 | Blinds-Phil/Joe | 8/21/15 | | 397 | | | 397 | 200DB HY | 7 | 0 |
| 84 | Blinds-Phil/Joe | 8/21/15 | | 300 | | | 300 | 200DB HY | 7 | 0 |
| 85 | Hood for lockers | 9/14/15 | | 135 | | | 135 | 200DB HY | 7 | 0 |
| 86 | Lockers for breakroom | 9/14/15 | | 3,306 | | | 3,306 | 200DB HY | 7 | 0 |
| 87 | Showroom cube | 9/15/15 | | 266 | | | 266 | 200DB HY | 7 | 0 |
| 88 | 19 lack wall shelf units | 9/26/15 | | 2,629 | | | 2,629 | 200DB HY | 7 | 0 |
| 89 | Showroom cube | 10/30/15 | | 213 | | | 213 | 200DB HY | 7 | 0 |
| 90 | 12 sheets slatwall-showro | 10/16/15 | | 552 | | | 552 | 200DB HY | 7 | 0 |
| 91 | 3 sheets slatwall-showroo | 11/06/15 | | 138 | | | 138 | 200DB HY | 7 | 0 |
| 92 | Area rug-showroom | 10/15/15 | 12/31/25 | 274 | | | 274 | 200DB HY | 7 | 0 |
| 93 | 4 chairs-breakroom | 11/13/15 | 12/31/25 | 124 | | | 124 | 200DB HY | 7 | 0 |
| 94 | Corner sofa-showroom | 10/21/15 | | 1,925 | | | 1,925 | 200DB HY | 7 | 0 |
| 95 | Round table-breakroom | 11/11/15 | | 147 | | | 147 | 200DB HY | 7 | 0 |

# 12/31/25 2025 Federal Summary Depreciation Schedule Page 3

**Client 82500** **LOGO HQ, LLC** **26-3896534**

11/06/26 03:45PM

| No. | Description | Date Acquired | Date Sold | Cost/ Basis | Bus. Pct. | Cur 179/ SDA | Prior 179/ SDA/ Depr. | Method | Life | Current Depr. |
|---|---|---|---|---|---|---|---|---|---|---|
| 96 | 2 display tables-showroom | 11/20/15 | | 576 | | | 576 | 200DB HY | 7 | 0 |
| 122 | Mag Lock & Security Syste | 8/18/15 | | 2,876 | | | 2,876 | 200DB HY | 7 | 0 |
| 123 | Mag Lock & Security Syste | 11/10/15 | | 1,633 | | | 1,633 | 200DB HY | 7 | 0 |
| 124 | Video Security System | 10/07/15 | | 12,626 | | | 12,626 | 200DB HY | 7 | 0 |
| 129 | Counter tops-breakrm/rest | 7/20/15 | | 1,122 | | | 1,122 | 200DB HY | 7 | 0 |
| 133 | 3 Wall Cube Storage Units | 3/31/16 | | 1,649 | | | 1,649 | 200DB HY | 5 | 0 |
| 140 | Massage chair | 1/07/16 | | 2,500 | | | 2,500 | 200DB HY | 7 | 0 |
| 141 | 10 mannequins | 1/21/16 | | 1,284 | | | 1,284 | 200DB HY | 7 | 0 |
| 142 | Drone | 7/27/16 | | 1,584 | | | 1,584 | 200DB HY | 5 | 0 |
| 143 | 4 Bookcases Catalog Displ | 1/27/17 | | 351 | | | 351 | 200DB MQ | 7 | 0 |
| 144 | CiscoMeraki MX64W SecAppl | 12/11/17 | | 1,229 | | | 1,229 | 200DB MQ | 7 | 0 |
| 147 | 6 Office Chairs - Used | 11/15/19 | | 963 | | | 963 | 200DB MQ | 7 | 0 |
| 164 | Office Chair Shelly | 8/01/23 | | 288 | | | 112 | 200DB HY | 7 | 50 |
| 166 | Desk Office | 8/28/23 | 12/31/25 | 728 | | | 282 | 200DB HY | 7 | 64 |
| 167 | Chair Office - Steve | 9/07/23 | 12/31/25 | 364 | | | 141 | 200DB HY | 7 | 32 |
| 168 | Chair Office - Michelle | 9/08/23 | | 233 | | | 90 | 200DB HY | 7 | 41 |
| 171 | Office Chairs - Jen/Joanne | 11/13/23 | | 467 | | | 181 | 200DB HY | 7 | 82 |
| | Total Furniture and Fixtures | | | 68,129 | | 0 | 66,855 | | | 269 |
| | **Improvements** | | | | | | | | | |
| 97 | Leasehold Improvements | 4/23/15 | | 2,814 | | | 699 | S/L MM | 39 | 72 |
| 98 | Leasehold Improvements | 5/13/15 | | 38,246 | | | 9,443 | S/L MM | 39 | 981 |
| 99 | Leasehold Improvements | 5/13/15 | | 40,000 | | | 9,876 | S/L MM | 39 | 1,026 |
| 100 | Leasehold Improvements | 10/07/15 | | 12,070 | | | 2,846 | S/L MM | 39 | 309 |
| 101 | Leasehold Improvements | 10/08/15 | | 2,122 | | | 497 | S/L MM | 39 | 54 |
| 102 | Leasehold Improvements | 7/10/15 | | 21,800 | | | 5,288 | S/L MM | 39 | 559 |
| 103 | Leasehold Improvements | 7/10/15 | | 19,800 | | | 4,805 | S/L MM | 39 | 508 |
| 104 | Leasehold Improvements | 6/10/15 | | 5,158 | | | 1,260 | S/L MM | 39 | 132 |
| 105 | Leasehold Improvements | 7/15/15 | | 7,218 | | | 1,750 | S/L MM | 39 | 185 |
| 106 | Leasehold Improvements | 7/29/15 | | 1,203 | | | 293 | S/L MM | 39 | 31 |
| 107 | Leasehold Improvements | 7/31/15 | | 929 | | | 227 | S/L MM | 39 | 24 |
| 108 | Leasehold Improvements | 8/14/15 | | 8,443 | | | 2,025 | S/L MM | 39 | 216 |
| 109 | Leasehold Improvements | 8/18/15 | | 4,383 | | | 1,050 | S/L MM | 39 | 112 |
| 110 | Leasehold Improvements | 9/10/15 | | 1,280 | | | 307 | S/L MM | 39 | 33 |
| 111 | Leasehold Improvements | 9/10/15 | | 1,152 | | | 279 | S/L MM | 39 | 30 |
| | Total Improvements | | | 166,618 | | 0 | 40,645 | | | 4,272 |

**Client 82500** **LOGO HQ, LLC** **26-3896534**

11/06/26 03:45PM

| No. | Description | Date Acquired | Date Sold | Cost/ Basis | Bus. Pct. | Cur 179/ SDA | Prior 179/ SDA/ Depr. | Method | Life | Current Depr. |
|---|---|---|---|---|---|---|---|---|---|---|
| | Machinery and Equipment | | | | | | | | | |
| 5 | 2 Head Machine | 1/01/09 | | 6,200 | | | 6,200 | 200DB HY | 7 | 0 |
| 6 | 12 head Machine-Tajima Ar | 1/01/09 | | 17,436 | | | 17,436 | 200DB HY | 7 | 0 |
| 7 | Light Table (Hanson Grap) | 1/01/09 | | 50 | | | 50 | 200DB HY | 7 | 0 |
| 8 | X-Rite Densitometer (Hans | 1/01/09 | | 50 | | | 50 | 200DB HY | 7 | 0 |
| 9 | Clinton Machinery Cp-Newm | 1/01/09 | | 1,300 | | | 1,300 | 200DB HY | 7 | 0 |
| 10 | Press Additions | 1/01/09 | | 175 | | | 175 | 200DB HY | 7 | 0 |
| 11 | Challenger Press | 1/01/09 | | 5,200 | | | 5,200 | 200DB HY | 7 | 0 |
| 12 | Dryer Extension | 1/01/09 | | 50 | | | 50 | 200DB HY | 7 | 0 |
| 13 | Newman Frames | 1/01/09 | | 150 | | | 150 | 200DB HY | 7 | 0 |
| 14 | Press Cart | 1/01/09 | | 140 | | | 140 | 200DB HY | 7 | 0 |
| 15 | Albatross Spiff-out | 1/01/09 | | 120 | | | 120 | 200DB HY | 7 | 0 |
| 16 | Sprint Dryer extension | 1/01/09 | | 110 | | | 110 | 200DB HY | 7 | 0 |
| 17 | Stretch devices-LOC Gauge | 1/01/09 | | 70 | | | 70 | 200DB HY | 7 | 0 |
| 18 | Lg Washout Booth-Windy Ci | 1/01/09 | | 380 | | | 380 | 200DB HY | 7 | 0 |
| 19 | G-M Graphics 25x36 OD | 1/01/09 | | 380 | | | 380 | 200DB HY | 7 | 0 |
| 20 | Screen Printer/Dryer-Auto | 1/01/09 | | 8,000 | | | 8,000 | 200DB HY | 7 | 0 |
| 21 | Exposure Unit | 1/01/09 | | 600 | | | 600 | 200DB HY | 7 | 0 |
| 22 | Hat Printer | 1/01/09 | | 160 | | | 160 | 200DB HY | 7 | 0 |
| 26 | 18 Color Perss-June | 1/01/09 | | 22,000 | | | 22,000 | 200DB HY | 7 | 0 |
| 27 | 18 Color Press-add'tl exp | 1/01/09 | | 2,200 | | | 2,200 | 200DB HY | 7 | 0 |
| 28 | 18 Color Press-Aug | 1/01/09 | | 1,800 | | | 1,800 | 200DB HY | 7 | 0 |
| 29 | 18 Color Press-Sept | 1/01/09 | | 300 | | | 300 | 200DB HY | 7 | 0 |
| 30 | 18 Color Press-Oct | 1/01/09 | | 2,000 | | | 2,000 | 200DB HY | 7 | 0 |
| 31 | Production equipment | 7/01/10 | | 192 | | | 192 | 200DB HY | 7 | 0 |
| 33 | Washout booth | 9/14/11 | | 1,866 | | | 1,866 | 200DB MQ | 7 | 0 |
| 44 | Production Equipment | 3/06/12 | | 52,515 | | | 52,515 | 200DB HY | 7 | 0 |
| 45 | 6 Head Embroidery Machine | 3/05/12 | | 5,210 | | | 5,210 | 200DB HY | 7 | 0 |
| 51 | Heat Presses (3) GEO Knig | 2/22/13 | | 3,830 | | | 3,830 | 200DB HY | 7 | 0 |
| 52 | Compressor ACE | 2/28/13 | | 1,200 | | | 1,200 | 200DB HY | 7 | 0 |
| 53 | Pressure Washer | 5/23/13 | | 351 | | | 351 | 200DB HY | 7 | 0 |
| 61 | Tool Cabinet | 9/26/14 | | 1,686 | | | 1,686 | 200DB HY | 7 | 0 |
| 62 | 12 Sleeve Pallets | 9/26/14 | | 1,900 | | | 1,900 | 200DB HY | 7 | 0 |
| 63 | Workbench | 10/01/14 | | 3,169 | | | 3,169 | 200DB HY | 7 | 0 |
| 64 | Shelving Unit to hold Flo | 11/04/14 | | 214 | | | 214 | 200DB HY | 7 | 0 |
| 65 | 3-Two shelf carts 24*48" | 10/28/14 | | 1,741 | | | 1,741 | 200DB HY | 7 | 0 |
| 113 | Aeroflex Complete Thermop | 2/09/15 | | 619 | | | 619 | 200DB HY | 7 | 0 |
| 114 | Liberator XE 1812 Thermal | 2/13/15 | | 19,000 | | | 19,000 | 200DB HY | 7 | 0 |

# 12/31/25 2025 Federal Summary Depreciation Schedule Page 5

**Client 82500** **LOGO HQ, LLC** **26-3896534**

11/06/26 03:45PM

| No. | Description | Date Acquired | Date Sold | Cost/ Basis | Bus. Pct. | Cur 179/ SDA | Prior 179/ SDA/ Depr. | Method | Life | Current Depr. |
|---|---|---|---|---|---|---|---|---|---|---|
| 115 | 12 Youth Aluminium Pallet | 2/27/15 | | 2,153 | | | 2,153 | 200DB HY | 7 | 0 |
| 116 | Liberator XE 1812 Thermal | 2/27/15 | | 1,190 | | | 1,190 | 200DB HY | 7 | 0 |
| 117 | 20 Newman Roller Frames | 4/16/15 | | 2,245 | | | 2,245 | 200DB HY | 7 | 0 |
| 118 | Dryer Belt-Sprint Dryer | 6/16/15 | | 1,200 | | | 1,200 | 200DB HY | 7 | 0 |
| 119 | Fulfillment Shelving | 7/09/15 | | 11,640 | | | 11,640 | 200DB HY | 7 | 0 |
| 120 | Heat stacks -screenprint | 7/10/15 | | 3,338 | | | 3,338 | 200DB HY | 7 | 0 |
| 121 | Little Giant 22ft ladder | 8/12/15 | | 844 | | | 844 | 200DB HY | 7 | 0 |
| 135 | Gromet machine | 2/15/16 | | 106 | | | 106 | 200DB HY | 5 | 0 |
| 137 | Battery backup for Server | 4/29/16 | 12/31/25 | 556 | | | 556 | 200DB HY | 5 | 0 |
| 151 | Air Compressor | 1/10/22 | | 12,992 | | | 12,992 | 200DB HY | 7 | 0 |
| 154 | 8 M&R SLV Pallets Tapered | 12/09/22 | | 1,440 | | | 1,440 | 200DB HY | 7 | 0 |
| 170 | Hoopmaster Embroidery | 11/09/23 | | 795 | | | 309 | 200DB HY | 7 | 139 |
| 172 | Water Softner | 12/04/23 | | 937 | | | 363 | 200DB HY | 7 | 164 |
| | Total Machinery and Equipment | | | 201,800 | | 0 | 200,740 | | | 303 |
| | **Signs** | | | | | | | | | |
| 127 | Signage-rear bldg | 11/18/15 | | 556 | | | 556 | 200DB HY | 7 | 0 |
| | Total Signs | | | 556 | | 0 | 556 | | | 0 |
| | **Software** | | | | | | | | | |
| 156 | Software RIP Computer | 2/22/23 | | 1,500 | | | 780 | 200DB HY | 5 | 288 |
| | Total Software | | | 1,500 | | 0 | 780 | | | 288 |
| | **Websites** | | | | | | | | | |
| 130 | Website | 6/30/15 | | 18,099 | | | 18,099 | S/L HY | 5 | 0 |
| | Total Websites | | | 18,099 | | 0 | 18,099 | | | 0 |
| | Total Depreciation | | | 506,370 | | 3,210 | 364,388 | | | 9,029 |
| | Grand Total Amortization | | | 129,640 | | 0 | 124,040 | | | 5,600 |
| | Grand Total Depreciation | | | 506,370 | | 3,210 | 364,388 | | | 9,029 |
| | Depreciation Assets Sold | | | 5,092 | | 0 | 4,423 | | | 96 |
| | Depr Remaining Assets | | | 501,278 | | 3,210 | 359,965 | | | 8,933 |

**Fill in this information to identify the case:**

Debtor name **LogoHQ, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **LogoHQ, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**PinellasCounty Tax Collector**<br>**PO Box 31149**<br>**Tampa, FL 33631-3149** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$928.49** | **$928.49** |
| | Date or dates debt was incurred<br>**2026** | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number **3851**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**A4/Moshay**<br>**PO Box 849886**<br>**Los Angeles, CA 90084-9886**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$667.98** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Alexander Manufacturing Co**<br>**12978 Tesson Ferry Road**<br>**Saint Louis, MO 63128**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$350.00** |

Debtor **LogoHQ, LLC** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Amazon.com**<br>**PO Box 035184**<br>**Seattle, WA 98124-5184**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$851.49** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Archers Decorative Glass**<br>**5795 W 52nd Ave**<br>**Denver, CO 80212**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$374.36** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Ariel Premium Supply Inc**<br>**8825 Page Avenue**<br>**Saint Louis, MO 63114**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$82.16** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Assoc. Paper & Supply**<br>**of Florida**<br>**13926 Lynmar Blvd**<br>**Tampa, FL 33626**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,423.16** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Bank Of America**<br>**PO Box 17054**<br>**Wilmington, DE 19850**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 9087 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Credit Card<br>Is the claim subject to offset? ■ No ☐ Yes | **$11,796.00** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Best Promotions USA LLC**<br>**1525 Washington Street**<br>**Braintree, MA 02184**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$683.79** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Charles River Apparel**<br>**PO Box 845081**<br>**Boston, MA 02284**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$992.91** |

Debtor **LogoHQ, LLC** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Compass Industries, Inc**<br>**104 West 29th Street**<br>**Suite 1201**<br>**New York, NY 10001**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$240.00** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**CTTI - Cardone Training Technologies, Inc**<br>**18851 NE 29th Ave, Ste 700**<br>**Miami, FL 33180**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Training<br>Is the claim subject to offset? ■ No ☐ Yes | **$115,000.00** |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Cutter & Buck Inc**<br>**PO Box 34855**<br>**Seattle, WA 98124-1855**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,362.19** |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Debco**<br>**10 Ronrose Dr, Unit #2**<br>**ON L4K-4R3**<br>**Concord, ON**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$319.43** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Evans Manufacturing**<br>**PO Box 5669**<br>**Garden Grove, CA 92846-0669**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$827.41** |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Fedex**<br>**PO Box 660481**<br>**Dallas, TX 75266**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Freight/shipping<br>Is the claim subject to offset? ■ No ☐ Yes | **$64.05** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Folder Express**<br>**PO Box 841741**<br>**Dallas, TX 75284-1741**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$560.36** |

Debtor **LogoHQ, LLC** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.17 | Nonpriority creditor's name and mailing address<br>**FundBox**<br>**3723 Greenville Ave**<br>**Suite 52345**<br>**Dallas, TX 75206**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Loan<br>Is the claim subject to offset? ■ No ☐ Yes | **$72,963.32** |
| 3.18 | Nonpriority creditor's name and mailing address<br>**Gary King - King Productions**<br>**821 49th Street South**<br>**Saint Petersburg, FL 33707**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Customer Store Overage<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,268.85** |
| 3.19 | Nonpriority creditor's name and mailing address<br>**Geiger Pest Services, Inc**<br>**3300 Bennett Street N**<br>**Saint Petersburg, FL 33713**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Utilities/Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$171.20** |
| 3.20 | Nonpriority creditor's name and mailing address<br>**Genesis**<br>**2 Warren Ave**<br>**North Providence, RI 02911**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$235.00** |
| 3.21 | Nonpriority creditor's name and mailing address<br>**Glenn Harveston**<br>**HOS Produc**<br>**10 Lemmon Lane**<br>**Ellijay, GA 30540**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Customer Store Overage<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,890.58** |
| 3.22 | Nonpriority creditor's name and mailing address<br>**Headwear USA**<br>**PO Box 603**<br>**Frederick, MD 21705**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$205.00** |
| 3.23 | Nonpriority creditor's name and mailing address<br>**Hit Promotional Products**<br>**PO Box 744209**<br>**Atlanta, GA 30384-4209**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,187.69** |

Debtor **LogoHQ, LLC** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Image Tech Equipment Supply**<br>**6607 North 24th Street**<br>**Unit 104-A**<br>**Tampa, FL 33610**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,705.00** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Ironwear**<br>**2020 Seabird Way**<br>**West Palm Beach, FL 33404**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,275.00** |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**KCH Transportation**<br>**PO Box 96571**<br>**Charlotte, NC 28296-0571**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Freight/Shipping<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,782.25** |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Koozie Group**<br>**PO Box 844619**<br>**Boston, MA 02284-4619**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$580.00** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Liberty Mutual Insurance**<br>**PO Box 2125**<br>**New York, NY 10116-2125**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Insurance<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,523.57** |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Limelight Ent**<br>**PO Box 564**<br>**Lake Elsinore, CA 92531-0564**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$211.20** |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Momentec Brands**<br>**Augusta Sportswear**<br>**PO Box 88926**<br>**Chicago, IL 60695**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$939.80** |

Debtor **LogoHQ, LLC** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Nazdar**<br>**PO Box 71097**<br>**Chicago, IL 60694-1097**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$12,192.23** |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**NR Tampa Gateway Lakes**<br>**730 Third Avenue**<br>**New York, NY 10017**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 5339 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Unpaid Rent<br>Is the claim subject to offset? ■ No ☐ Yes | **$123,576.69** |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Pro Golf Premiums Inc**<br>**810 Krift Avenue**<br>**Burlington, WI 53105**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,734.24** |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Pro Towels Etc**<br>**PO Box 725**<br>**Indiana, PA 15701**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$8,475.73** |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Progressive**<br>**Dept 0561**<br>**Carol Stream, IL 60132**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Insurance<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,746.00** |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Rivers Promo, Inc**<br>**240 S 6th Ave**<br>**La Puente, CA 91746**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,695.04** |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**S & S Activewear**<br>**23591 Network Place**<br>**Chicago, IL 60673-1235**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$28,595.57** |

Debtor **LogoHQ, LLC** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Saati**<br>**201 Fairview St. Extention**<br>**Fountain Inn, SC 29644**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,949.34** |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Sanmar Corp**<br>**10940 New Kings Road**<br>**Jacksonville, FL 32219**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$87,066.98** |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Sarah Ruzicka**<br>**100 Beach Dr NE,**<br>**Suite 1403**<br>**Saint Petersburg, FL 33701**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Insider Loan<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,756,904.02** |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Screen Process of Alabama**<br>**PO Box 220**<br>**Trussville, AL 35173**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$8,908.84** |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Stahl's**<br>**PO Box 72497**<br>**Cleveland, OH 44192-2497**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$389.65** |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**TopStarDigitizing**<br>**PO Box #2614**<br>**Ashburn, VA 20146**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$55.00** |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Towel Specialties**<br>**1200 67th St**<br>**Rosedale, MD 21237**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,599.77** |

Debtor **LogoHQ, LLC** Case number (if known) ____
Name

**3.45** **Nonpriority creditor's name and mailing address**
**Tradenet Publishing**
**1200 Energy Center Drive**
**Gardner, KS 66030**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$156.74**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**3.46** **Nonpriority creditor's name and mailing address**
**Uline**
**P. O. Box 88741**
**Chicago, IL 60680**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$426.69**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Cushman & Wakefield**<br>**10210 Highland Manor Dr**<br>**Suite 100**<br>**Tampa, FL 33610** | Line 3.32<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **NR Tampa Gateway LLC**<br>**PO Box 120669**<br>**Dallas, TX 75312-0669** | Line 3.32<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 928.49 |
| **5b. Total claims from Part 2** | 5b. + | $ 2,280,006.28 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,280,934.77 |

**Fill in this information to identify the case:**

Debtor name **LogoHQ, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Pre-Paid customer deposits** | **Charter Communication**<br>**400 Washington Blvd**<br>**Stamford, CT 06902** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Commercial warehouse**<br>**1551 102nd Avenue N., Suite C**<br>**St. Petersburg, FL 33716**<br>**25,232 rentable sq. ft.** | **NR Tampa Gateway Lakes LLC**<br>**PO Box 120669**<br>**Dallas, TX 75312-0669** |
| State the term remaining | **29 months** | |
| List the contract number of any government contract | | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Copier lease** | **Wells Fargo Financial Leasin**<br>**5000 Riverside Dr.**<br>**Suite 300**<br>**Irving, TX 75039** |
| State the term remaining | **16 months** | |
| List the contract number of any government contract | **6030304178-000** | |

**Fill in this information to identify the case:**

Debtor name **LogoHQ, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Philip R Ruzicka** | **1551 102nd Ave N.**<br>**Suite C**<br>**Saint Petersburg, FL 33716** | **NR Tampa Gateway Lakes** | ☐ D _____<br>■ E/F **3.32**<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **LogoHQ, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2026** to **Filing Date** | ■ Operating a business<br>☐ Other | **$1,617,848.00** |
| **For prior year:**<br>From **1/01/2025** to **12/31/2025** | ■ Operating a business<br>☐ Other | **$1,987,078.00** |
| **For year before that:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other | **$2,047,114.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor **LogoHQ, LLC** Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Duke Energy<br>PO Box 1090<br>Charlotte, NC 28201** | **August 10-<br>November<br>2026** | **$19,236.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. **FundBox<br>3723 Greenville Ave<br>Suite 52345<br>Dallas, TX 75206** | | **$8,247.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. **NR Tampa Gateway Lakes<br>730 Third Avenue<br>New York, NY 10017** | | **$53,464.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. **Rivers Promo, Inc<br>240 S 6th Ave<br>La Puente, CA 91746** | | **$10,030.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. **S & S Activewear<br>23591 Network Place<br>Chicago, IL 60673-1235** | | **$47,017.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. **Florida Department of Revenu<br>5050 W Tennessee Street<br>Tallahassee, FL 32399-0125** | | **$7,834.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |
| 3.7. **Sanmar Corp<br>10940 New Kings Road<br>Jacksonville, FL 32219** | | **$58,370.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor **LogoHQ, LLC** Case number *(if known)*

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **NR Tampa Gateway Lakes LLC v LOGO HQ, LLC<br>26-5988-CI** | **Civil** | **Pinellas County Clerk of Court<br>545 1st Avenue N.<br>Saint Petersburg, FL 33701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Debtor **LogoHQ, LLC** Case number *(if known)*

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Ford & Semach, P.A.**<br>**9301 West Hillsborough Avenue**<br>**Tampa, FL 33615-3008** | **Attorney Fees and costs** | **November 6, 2026** | **$23,000.00** |

**Email or website address**
**All@tampaesq.com**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

Debtor **LogoHQ, LLC** Case number *(if known)*

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor **LogoHQ, LLC** Case number *(if known)*

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12: Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br>**Dates business existed** |
|---|---|---|

Debtor **LogoHQ, LLC** Case number *(if known)*

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Steve Congdon**<br>**2587 Red Egret Dr**<br>**Bartow, FL 33830** | **1998-2026** |
| 26a.2. | **Love & Co CPAs LLC**<br>**2832 1st Ave N**<br>**Saint Petersburg, FL 33713** | **2005-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | **FundBox**<br>**3723 Greenville Ave**<br>**STE 52345**<br>**Dallas, TX 75206** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Philip R Ruzicka** | **1551 102nd Ave N.**<br>**Suite C**<br>**Saint Petersburg, FL 33716** | **Founder/CEO** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Steven Congdon** | **2587 Red Egret Drive**<br>**Bartow, FL 33830** | **CFO** | **0%** |

Debtor **LogoHQ, LLC** Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Sarah R Ruzicka** | **100 Beach Dr NE<br>Suite 1403<br>Saint Petersburg, FL 33701** | **None** | **50%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ■ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Philip R Ruzicka<br>1551 102nd Ave N.<br>Suite C<br>Saint Petersburg, FL 33716** | **$29,811.01** | **August - November 2026** | **Officer Distribution** |
| | Relationship to debtor<br>**Founder/CEO** | | | |
| 30.2. | **Philip R Ruzicka<br>1551 102nd Ave N.<br>Suite C<br>Saint Petersburg, FL 33716** | **$85,000.00** | **12 Months** | **Officer Salary** |
| | Relationship to debtor<br>**President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor **LogoHQ, LLC** Case number *(if known)*

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 23, 2026**

**/s/ Philip R. Ruzicka**
Signature of individual signing on behalf of the debtor

**Philip R. Ruzicka**
Printed name

Position or relationship to debtor **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

In re **LogoHQ, LLC** Case No.
Debtor(s) Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **-NONE-** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **November 23, 2026** Signature ***/s/* Philip R. Ruzicka**
**Philip R. Ruzicka**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re **LogoHQ, LLC** Debtor(s) Case No. Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **November 23, 2026**

**/s/ Philip R. Ruzicka**
**Philip R. Ruzicka**/**President**
Signer/Title

LogoHQ, LLC
1551 102nd Ave N Suite C
Saint Petersburg, FL 33716

Buddy D. Ford, Esquire
Ford & Semach, P.A.
9301 West Hillsborough Avenue
Tampa, FL 33615-3008

A4/Moshay
PO Box 849886
Los Angeles, CA 90084-9886

Alexander Manufacturing Co
12978 Tesson Ferry Road
Saint Louis, MO 63128

Amazon.com
PO Box 035184
Seattle, WA 98124-5184

Archers Decorative Glass
5795 W 52nd Ave
Denver, CO 80212

Ariel Premium Supply Inc
8825 Page Avenue
Saint Louis, MO 63114

Assoc. Paper & Supply
of Florida
13926 Lynmar Blvd
Tampa, FL 33626

Bank Of America
PO Box 17054
Wilmington, DE 19850

Best Promotions USA LLC
1525 Washington Street
Braintree, MA 02184

Charles River Apparel
PO Box 845081
Boston, MA 02284

Charter Communication
400 Washington Blvd
Stamford, CT 06902

Compass Industries, Inc
104 West 29th Street
Suite 1201
New York, NY 10001

CTTI - Cardone Training
Technologies, Inc
18851 NE 29th Ave, Ste 700
Miami, FL 33180

Cushman & Wakefield
10210 Highland Manor Dr
Suite 100
Tampa, FL 33610

Cutter & Buck Inc
PO Box 34855
Seattle, WA 98124-1855

Debco
10 Ronrose Dr, Unit #2
ON L4K-4R3
Concord, ON

Evans Manufacturing
PO Box 5669
Garden Grove, CA 92846-0669

Fedex
PO Box 660481
Dallas, TX 75266

Folder Express
PO Box 841741
Dallas, TX 75284-1741

FundBox
3723 Greenville Ave
Suite 52345
Dallas, TX 75206

Gary King - King Productions
821 49th Street South
Saint Petersburg, FL 33707

Geiger Pest Services, Inc
3300 Bennett Street N
Saint Petersburg, FL 33713

Genesis
2 Warren Ave
North Providence, RI 02911

Glenn Harveston
HOS Produc
10 Lemmon Lane
Ellijay, GA 30540

Headwear USA
PO Box 603
Frederick, MD 21705

Hit Promotional Products
PO Box 744209
Atlanta, GA 30384-4209

Image Tech Equipment Supply
6607 North 24th Street
Unit 104-A
Tampa, FL 33610

Ironwear
2020 Seabird Way
West Palm Beach, FL 33404

KCH Transportation
PO Box 96571
Charlotte, NC 28296-0571

Koozie Group
PO Box 844619
Boston, MA 02284-4619

Liberty Mutual Insurance
PO Box 2125
New York, NY 10116-2125

Limelight Ent
PO Box 564
Lake Elsinore, CA 92531-0564

Momentec Brands
Augusta Sportswear
PO Box 88926
Chicago, IL 60695

Nazdar
PO Box 71097
Chicago, IL 60694-1097

NR Tampa Gateway Lakes
730 Third Avenue
New York, NY 10017

NR Tampa Gateway Lakes LLC
PO Box 120669
Dallas, TX 75312-0669

NR Tampa Gateway LLC
PO Box 120669
Dallas, TX 75312-0669

Philip R Ruzicka
1551 102nd Ave N.
Suite C
Saint Petersburg, FL 33716

PinellasCounty Tax Collector
PO Box 31149
Tampa, FL 33631-3149

Pro Golf Premiums Inc
810 Krift Avenue
Burlington, WI 53105

Pro Towels Etc
PO Box 725
Indiana, PA 15701

Progressive
Dept 0561
Carol Stream, IL 60132

Rivers Promo, Inc
240 S 6th Ave
La Puente, CA 91746

S & S Activewear
23591 Network Place
Chicago, IL 60673-1235

Saati
201 Fairview St. Extention
Fountain Inn, SC 29644

Sanmar Corp
10940 New Kings Road
Jacksonville, FL 32219

Sarah Ruzicka
100 Beach Dr NE,
Suite 1403
Saint Petersburg, FL 33701

Screen Process of Alabama
PO Box 220
Trussville, AL 35173

Stahl's
PO Box 72497
Cleveland, OH 44192-2497

TopStarDigitizing
PO Box #2614
Ashburn, VA 20146

Towel Specialties
1200 67th St
Rosedale, MD 21237

Tradenet Publishing
1200 Energy Center Drive
Gardner, KS 66030

Uline
P. O. Box 88741
Chicago, IL 60680

Wells Fargo Financial Leasin
5000 Riverside Dr.
Suite 300
Irving, TX 75039

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Middle District of Florida

In re **LogoHQ, LLC** Debtor(s)

Case No.

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **21,262.00** |
| Prior to the filing of this statement I have received | $ | **21,262.00** |
| Balance Due | $ | **0.00** |

2. $ **1,738.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [List other services that counsel has agreed to provide]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 23, 2026**
*Date*

**/s/ Buddy D. Ford, Esquire**
**Buddy D. Ford, Esquire 0654711**
*Signature of Attorney*
**Ford & Semach, P.A.**
**9301 West Hillsborough Avenue**
**Tampa, FL 33615-3008**
**(813)877-4669 Fax: (813)877-5543**
**All@tampaesq.com**
*Name of law firm*